RECEIVED

MAY 2 3 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

FILED

Attachment 1 - Civil Complaint

MAY 2 3 2025

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION**

AGELON RAMON ASHBY
_____
(Enter your full name)
          Plaintiff(s)

CASE NUMBER: 1:25 CV00798 ADA
(Supplied by Clerk's Office)

WHATABURGER LLC
_____
(Enter full name of each Defendant)
          Defendant(s)

**COMPLAINT**

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking.   This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed)  AGELON RAMON ASHBY
Address 29196 Fairfax St Southfield, MI 48076
Telephone Number  737-710-2821

Rev. Ed. October 26, 2017

27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AGELON R. ASHBY,
Plaintiff,

v.

WHATABURGER LLC,
Defendant.

CIVIL ACTION NO. [To be assigned]
JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff, Agelon R. Ashby, by and through this Complaint, brings this action against Defendant, Whataburger LLC, for violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Americans with Disabilities Act ("ADA"), and the Texas Labor Code, stating as follows:

## I. INTRODUCTION

1. Plaintiff was employed by Defendant as a [Job Title] until his unlawful termination on [Termination Date].
2. Defendant engaged in retaliation, race discrimination, and disability discrimination, resulting in Plaintiff's wrongful termination.
3. Plaintiff seeks all available legal remedies, including back pay, front pay, compensatory and punitive damages, reinstatement (if appropriate), and attorneys' fees and costs.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law (Title VII and ADA).
5. The Court has supplemental jurisdiction under 28 U.S.C. § 1367 for state law claims.
6. Venue is proper under 28 U.S.C. § 1391 because the events giving rise to this claim occurred in Texas, where Whataburger LLC operates and where Plaintiff was employed.

## III. PARTIES

7. Plaintiff, Agelon R. Ashby, is a resident of Maxwell, Texas, and was employed by Defendant.
8. Defendant, Whataburger LLC, is a corporation headquartered in Texas and may be served through its registered agent: [Registered Agent Name and Address].

## IV. FACTUAL ALLEGATIONS

9. Plaintiff was a dedicated and high-performing employee of Whataburger.
10. Plaintiff filed a complaint with the Equal Employment Opportunity Commission (EEOC) regarding unlawful employment practices by Defendant.
11. Shortly after filing the EEOC charge, Plaintiff experienced retaliatory actions, culminating in termination.
12. Defendant's stated reason for termination was pretextual, as evidenced by:
   a. Failure to disclose termination during communications (as stated by a Whataburger representative, Tammy).
   b. Inconsistencies in Defendant's reasoning for termination.
   c. The Texas Workforce Commission's (TWC) decision reversing the denial of Plaintiff's unemployment benefits, recognizing the lack of just cause for termination.
13. Defendant's actions constitute retaliation for engaging in protected activity under Title VII and the ADA.
14. Defendant's conduct also demonstrates disability discrimination in violation of the ADA and race discrimination in violation of Title VII.

## V. CAUSES OF ACTION

### COUNT ONE: RETALIATION (TITLE VII & ADA)

15. Plaintiff engaged in protected activity by filing a complaint with the EEOC.
16. Defendant retaliated against Plaintiff by terminating his employment shortly thereafter.
17. Defendant's conduct violates 42 U.S.C. § 2000e-3(a) (Title VII) and 42 U.S.C. § 12203(a) (ADA).

### COUNT TWO: DISABILITY DISCRIMINATION (ADA)

18. Plaintiff has a qualified disability under the ADA.
19. Defendant discriminated against Plaintiff by failing to provide reasonable accommodations and terminating employment due to his disability.
20. Defendant's conduct violates 42 U.S.C. § 12112(a).

### COUNT THREE: RACE DISCRIMINATION (TITLE VII)

21. Plaintiff is a member of a protected racial class.
22. Defendant treated Plaintiff less favorably than similarly situated employees outside his racial class.
23. Defendant's conduct violates 42 U.S.C. § 2000e-2(a).

## VI. DAMAGES & RELIEF REQUESTED

24. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered:
   a. Lost wages and benefits (estimated at $65,000 per year plus lost benefits).
   b. Emotional distress and reputational harm.
   c. Future lost earnings due to career disruption.
   d. Punitive damages due to Defendant's willful misconduct.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

1. Judgment in Plaintiff's favor on all claims.
2. Compensatory damages, including back pay, front pay, and benefits.
3. Emotional distress and punitive damages.
4. Attorney's fees and court costs (if Plaintiff retains counsel).
5. Any other relief deemed just and equitable.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Agelon R. Ashby
29196 Fairfax St
Southfield, MI 48076
737-710-2821