UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Agelon Ramon Ashby,<br>    *Plaintiff*, | § § § | |
| v. | § | Case No. 1:25-cv-00798-ADA |
| Whataburger LLC,<br>    *Defendant*. | § § § § | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 13. Judge Howell issued his report and recommendation on October 8, 2025, *id.* at 12, and Plaintiff filed objections to it shortly thereafter. Dkt. 17.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b)(1)(C).

Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

1

Accordingly, **IT IS ORDERED** that Whataburger's Motion to Compel Arbitration and Stay Proceedings, Dkt. 9, is **GRANTED** and that this case is **STAYED** pending arbitration.

**SIGNED** on November 17, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE